# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **RAVI H. HALASWAMY** | § | |
| | § | |
| V. | § | **NO. 1:05-CV-592** |
| | § | **NO. 1:05-CV-593** |
| **BLUE BELL CREAMERIES, INC.** | § | **NO. 1:05-CV-594** |
| **WELFARE BENEFITS PLAN** | § | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this case to the Honorable Earl S. Hines, United States magistrate judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The court has received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such order, along with the record, pleadings and all available evidence.

The magistrate judge recommended that defendant's motion for summary judgment be granted and *pro se* plaintiff's action be dismissed for failure to state a claim upon which relief can be granted. No objections have been filed.

The court has considered the magistrate judge's report and concludes that the findings of fact and conclusions of law of the magistrate judge are correct. Accordingly, the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** that "Defendant's Motion for Summary Judgment" (Docket No. 18) is **GRANTED**. It is further

**ORDERED** that plaintiff's action is **DISMISSED** for failure to state a claim upon which relief can be granted.  It is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

The court will enter final judgment separately.

**SIGNED** this the 28 day of **July, 2006.**

_____
Thad Heartfield
United States District Judge